IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-30011 |
| ) | |
| KEVIN M. JOHNSON and ) | |
| REBECCA M. CHAMPLEY, a/k/a ) | |
| BECKY CHAMPLEY, ) | |
| ) | |
| Defendants. ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on Defendant Rebecca M. Champley's motion to incorporate co-Defendant Kevin Johnson's motion for the Government to produce a <u>Santiago</u> proffer prior to trial and Johnson's motion to require notice of intention to use "other crimes, wrongs, or acts" evidence.

On August 24, 2005, the Court granted Defendant Johnson's motion to produce a <u>Santiago</u> proffer prior to trial and his motion to require notice

1

of intention to use "other crimes, wrongs, or acts" evidence under Rule 404(b) of the Federal Rules of Criminal Procedure.  Defendant Champley wishes to incorporate those motions.  For the reasons given in its previous Order, the Court will ALLOW the motion.

Ergo, Defendant Rebecca M. Champley's motion to incorporate the motions of Kevin M. Johnson to produce a Santiago proffer prior to trial and to require notice of intention to use "other crimes, wrongs, or acts" evidence [d/e 31] is ALLOWED.  Consistent with these Orders, therefore, the Government is Directed to provide, prior to trial, a proffer as to any co-conspirator statements against Defendant Champley, and notice of any intention to use "other crimes, wrongs, or acts" evidence if it intends to use such evidence against Champley.

ENTER: August 31, 2005

    FOR THE COURT:

        s/Richard Mills
        United States District Judge